## Helfer's Inc. *v.* Aetna Insurance Company, Appellant.

Argued April 16, 1975. *Warren D. Ferry*, with him *Cosmos J. Reale*, and *Murovich, Reale & Fossee*, for appellant; *Henry E. Rea, Jr.*, with him *Brandt, McManus, Brandt & Malone*, for appellee.

Judgment affirmed.

## Hutchison, Appellant, *v.* Schulnes.

opinion by BERRY, J. Argued April 16, 1975. *Maurice A. Nernberg, Jr.*, with him *Nernberg & Nernberg*, for appellant; *Milton D. Rosenberg*, with him *Bloom, Bloom, Rosenberg & Bloom*, for appellee.

Order affirmed.

## Jefferson, Appellant, *v.* American Casualty Company of Reading.

Argued April 17, 1975. *John W. McIlvaine*, with him *Clyde G. Tempest*, for appellant; *F. Jefferson Bragdon*, with him *Jack W. Plowman*, and *Plowman and Spiegel*, for appellee.

Order affirmed.

## Julian *v.* Julian, Appellant.